IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                 2:11-cv-00473-KJM-KJN

    v.

AHMAD J. AFZALI,
individually and d/b/a PRESTIGE TIRE
& MOTOR WORKS, INC.;
THOMAS P. DUDAM,

    Defendants.                             <u>ORDER</u>

_____/

        On October 25, 2011, plaintiff Scott N. Johnson filed a Motion to Amend the Complaint.[1] (Dkt. No. 18.) That motion is currently set for hearing on December 1, 2011, at 10:00 a.m., in Courtroom 25. (<u>Id.</u>)

        Plaintiff's motion does not comply with the Eastern District Local Rules. Specifically, Local Rule 137(c) requires that,

> If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered June 29, 2011. (Dkt. No. 10.)

1

> course has expired, **counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave** and lodge a proposed order as required by these Rules. If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules and the Federal Rules of Civil and Criminal Procedure.

E. Dist. Local Rule 137(c) (emphasis added). Plaintiff's motion does not include a proposed amended complaint as an exhibit to his motion. (Dkt. No. 18.) Without a proposed amended pleading to review, the court and the defendants cannot fully analyze plaintiff's motion or determine precisely what changes plaintiff intends to make to the original pleading.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Amend the Complaint (Dkt. No. 18) is denied without prejudice to refiling. Should plaintiff choose to file another motion to amend his pleading, plaintiff is directed to comply with Local Rule 137(c). A failure to do so may result in the denial of the motion.

2. The December 1, 2011, hearing date currently set for plaintiff's motion (Dkt. No. 18) is vacated.

IT IS SO ORDERED.

DATED: November 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE