IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                      2:11-cv-0473-KJM-KJN

      v.

AHMAD J. AFZALI, et al.,

      Defendants.         ORDER

          On December 13, 2011, the court issued an Order To Show Cause (the "OSC") directing plaintiff Scott Johnson to plaintiff is ordered to show cause in writing why he: (1) has not filed a procedurally proper Motion to Amend the Complaint in this action to date, (2) remains in violation of the undersigned's orders at Docket Numbers 16 and 17, and (3) should not be monetarily sanctioned or be otherwise sanctioned for violating the undersigned's orders.[1]  (OSC, Dkt. No. 20.)  The OSC also ordered plaintiff to, on or before December 29, 2011, file a procedurally proper Motion to Amend the Complaint in compliance with the undersigned's orders at Docket Numbers 16 and 17 and the court's local rules, or, alternatively, to file a short declaration clarifying that plaintiff no longer intends to file an amended pleading and that there is

---

[1] This action proceeded before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered June 29, 2011.  (Dkt. No. 10.)

1

1 | no reason to further delay the scheduling of this matter for trial. (Id.)

2 |       Plaintiff filed a Response to the OSC on December 29, 2011. (Response, Dkt. No. 23.) Therein, plaintiff apologized for his delay, described difficulties communicating with defendants, described "the fact that a new van accessible disabled parking space has been provided," and informed the court that he has given the defendants a stipulated dismissal for signature. (Id.) Moreover, on February 1, 2012, this case was dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and was closed. (Dkt. No. 27.)

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The court's Order to Show to Cause (Dkt. No. 20) is discharged.

      IT IS SO ORDERED.

DATED: February 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE